Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHANNA DALTON, a single person,<br><br>Plaintiff,<br><br>v.<br><br>BILL SPEIDEL ENTERPRISES, INC., dba BILL SPEIDEL'S UNDERGROUND TOUR; and BRIAN HOUGHTON, and the marital community of BRIAN HOUGHTON and JANE DOE HOUGHTON,<br><br>Defendants. | NO.  2:19-cv-01229-RAJ-TLF<br><br>STIPULATION AND ORDER TO CONTINUE CASE DEADLINES<br><br>NOTED FOR CONSIDERATION:<br>May 27, 2020 |

Plaintiff Johanna Dalton and defendants Bill Speidel Enterprises, Inc., dba Bill Speidel's Underground Tour, and Brian Houghton hereby jointly stipulate to a six-month extension for all deadlines in this matter as previously set by the Court (Dkt. #14, November 8, 2019).  The Parties agree to this stipulated order in light of the emergent circumstances related to COVID-19, which has resulted in governmental orders restricting travel and in-person contact, including contact related to litigation such as witness depositions, and the parties' ability to conduct business.  The stipulation is consistent with the Court's General Order 02-20 (Mar. 17, 2020).

STIPULATION AND ORDER TO CONTINUE CASE DEADLINES - 1
No. 2:19-cv-01229

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

The Parties propose the following case schedule:

| | |
|---|---|
| Last date to file motions related to discovery | November 23, 2020 |
| Completion of discovery. Includes service of responses to interrogatories and requests for production, the taking of depositions, and meet-and-confer meetings. | December 21, 2020 |
| Last date to file and service dispositive motions. Under LCR 7, noting date is **fourth** Friday thereafter. Replies will be accepted. | January 25, 2021 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 27th day of May, 2020.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants

By: *s/ Kasey D. Huebner*
Kasey D. Huebner, WSBA #32890
Guinevere Becker Bogusz, WSBA #52937
600 University Street, Suite 2915
Seattle, WA 98101
206.467.6477
khuebner@gordontilden.com
gbogusz@gordontilden.com

DATED this 27th day of May, 2020.

**THE ROSEN LAW FIRM**
Attorneys for Plaintiff

By: *s/ Jon Howard Rosen*
Jon Howard Rosen, WSBA #7543
705 Second Avenue, Suite 1200
Seattle, WA 98104
jhr@jonrosenlaw.com

STIPULATION AND ORDER TO CONTINUE CASE DEADLINES - 2
No. 2:19-cv-01229

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**ORDER**

Pursuant to the joint stipulation of the Parties, and for good cause shown, all case deadlines in Dkt. #14, dated November 8, 2019, are extended as follows:

| | |
|---|---|
| Last date to file motions related to discovery | November 23, 2020 |
| Completion of discovery. Includes service of responses to interrogatories and requests for production, the taking of depositions, and meet-and-confer meetings. | December 21, 2020 |
| Last date to file and service dispositive motions. Under LCR 7, noting date is **fourth** Friday thereafter. Replies will be accepted. | January 25, 2021 |

IT IS SO ORDERED this 28th day of May, 2020.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

STIPULATION AND ORDER TO CONTINUE CASE DEADLINES - 3
No. 2:19-cv-01229

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477